COMMONWEALTH of Pennsylvania, Respondent

v.

Danielle BALDWIN, Petitioner

No. 194 EAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.